So Ordered.

Dated: May 7, 2026

G. Michael Halfenger
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | May 5, 2026 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 26-20664 |
| DEBTOR: | Anita Jones |
| ADV. PROC. NO. | 26-02035 |
| PLAINTIFF: | Anita Jones |
| DEFENDANT: | Loandepot.com LLC |
| NATURE OF HEARING: | 1. LoanDepot.com, LLC's Motion for Relief from Stay and Abandonment (Case No. 26-20664)<br>2. Pretrial Conference (Adv. Proc. No. 26-02035)<br>3. LoanDepot.com, LLC's Motion to Dismiss (Adv. Proc. No. 26-02035) |
| APPEARANCES: | Anita Jones, pro se debtor & plaintiff<br>Shannon Cummings, for Loandepot.com LLC |
| COURTROOM DEPUTY: | Sara Hackbarth |

In the main case, based on the record and for the reasons stated at the hearing, the court granted loanDepot.com's motion for relief from the automatic stay and abandonment, the creditor's counsel will file a proposed order so providing, and the debtor's motions to strike loanDepot.com's motion and for sanctions for violating the automatic stay are denied.

In the adversary proceeding, loanDepot.com withdrew its motion to dismiss the original complaint, and its counsel stated that loanDepot.com intends to file an answer to the amended complaint, assuming the main case continues.

The audio of the hearing is posted on the docket.

#####